E. MARSHALL HODGKINS #76796
ATTORNEY AT LAW
1186 W. SHAW, STE. 103
FRESNO, CA 93711
TELEPHONE: 559-248-0900
FACSIMILE: 559-248-0901

## UNITES STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN B. KANSINO,<br><br>　　　　Defendant. | **Case No.: 1:10CR0323 LJO**<br>**ORDER OF COURT** |

**A**fter reviewing and considering the declaration of E. Marshall Hodgkins payment is to be made to E. Marshall Hodgkins, at the time that he submits his bill for this case, of 4.5 hours for his trip to Lerdo, CA on July 18, 2011 in order to interview his client, Juan B. Kansino.

IT IS SO ORDERED.

　　Dated:   **July 26, 2011**　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE